NO. 07-03-0150-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 6, 2003

_____________________________

PHILIP R. RUSS, AN INDIVIDUAL, APPELLANT

V.

L.R. SPRADLING, ET UX.; CHARLOTTE SPRADLING, INDIVIDUALS;

TEJAS TONGS, INC., M.E.G.G., INC., TEXAS CORPORATIONS,

JODY G. SHEETS, AN INDIVIDUAL; D. CLAY HOLCOMB, AN INDIVIDUAL;

AND HICKS, THOMAS & LILIENSTERN, L.L.P., APPELLEES

_________________________________

FROM THE 84
TH
 DISTRICT COURT OF HUTCHINSON COUNTY;

NO. 33,736; HONORABLE WILLIAM D. SMITH, JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellant Philip R. Russ, filed a Motion to Dismiss Appeal on July 29, 2003.  Appellees do not oppose this motion.

Without passing on the merits of the case, appellant’s motion for voluntary dismissal is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.1.   Having dismissed the appeal at appellant’s personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.  All costs herein having been paid, no order pertaining to the costs is made.  

Phil Johnson

     Chief Justice